THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HERBERT, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Edelstein, J.), rendered June 17, 1983, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed (see, People v Cataldo, 39 NY2d 578; People v Lazore, 59 AD2d 635). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.